# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOHN DAVID KUEHNE, JR., | : | |
| | | Case No. 3:10cv00379 |
| Petitioner, | : | Case No. 3:03cr00063-1 |
| | | |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| UNITED STATES OF AMERICA, | : | |
| | | |
| Respondent. | : | |

# DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #378), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on April 30, 2012 (Doc. #378) is ADOPTED in full;

2. Kuehne's Motion For Leave To File Supplemental Rule 59(e) Motion And Objections In Support (Doc. #372) and his Motion Requesting Leave To File Supplemental To Rule 59(e) Motion And/Or Specific Written Objections And Memorandum (Doc. #375) are DENIED as meritless and moot; and

3. Kuehne's Motions To Correct Clerical Mistake (Doc. #s 373 and 376) are DENIED as meritless and moot.

May 24, 2012                                       *s/THOMAS M. ROSE*

                                                   ─────────────────────────────
                                                        Thomas M. Rose
                                                   United States District Judge