# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**JOHN DAVID KUEHNE, JR.,**

|  |  |
|---|---|
| **Petitioner,** | **Case No. 3:10-cv-379** |
|  | **Case No. 3:03-cr-063** |
| **-v-** | **Judge Thomas M. Rose** |
|  | **Magistrate Judge Sharon L. Ovington** |

**UNITED STATES OF AMERICA,**

**Respondent.**

---

**ENTRY AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #385) IN ITS ENTIRETY; DENYING KUEHNE'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. #384) AND DENYING KUEHNE'S MOTION FOR AN EXTENSION OF TIME (Doc. #383) AS MOOT**

---

On October 3, 2012, Magistrate Judge Ovington issued a Report and Recommendations (doc. #385) finding that John David Kuehne, Jr's ("Kuehne's") Application for a Certificate of Appealability should be denied and his Motion for an Extension of Time should be denied as being moot. Kuehne objected (doc. #388), and the time has run and the United States of America has not responded. Kuehne's objections to this Report and Recommendations are, therefore, ripe for decision.

As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that the Kuehne's Objections to the Magistrate Judge's Report and Recommendations are not well-taken, and they are hereby OVERRULED. The Magistrate Judge's Report and Recommendations is adopted in its entirety.

Kuehne's Application for a Certificate of Appealability (doc. #384) is DENIED. Further,

Kuehne's Motion for Extension of Time To Submit Application for Certificate of Appealability

(doc. #383) is DENIED as being moot.

**DONE** and **ORDERED** in Dayton, Ohio this Fourth day of December, 2012.

**s/Thomas M. Rose**

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record